# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IRVIN R. LOVE, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| AMAZON.COM, INC., SHENZHEN FEST TECHNOLOGY CO., LTD., SHENZHEN MATRIX BATTERY CO., LTD., SHENZHEN RICHEST ENERGY CO., LTD., SHENZHEN HANDPACK TECHNOLOGIES CO., LTD., SHENZHEN BOJULONG DISPLAY TECHNOLOGY CO., LTD., | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Civil Action No. 1:18-CV-00540-TWT

## AMAZON.COM, INC.'S NOTICE OF INTENT TO SERVE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES

Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, Amazon.com, Inc. gives notice of its intent to serve a **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES** to the following:

(a) Memorial University Medical Center;

(b) Joseph M. Still Burn Center;

1

(c) Southside Emergency Medical Services;

(d) City of Pooler Police Department; and

(e) City of Pooler Fire-Rescue Services.

Unless objection is made by **August 16, 2019**, the subpoenas will be properly served. This Notice was electronically filed with the Clerk of Court using the CM/ECF System, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF System.

Additionally, a copy of the Subpoenas, along with a hard copy of this Notice, has been sent via United States Mail to the following:

> Darren W. Penn, Esq.
> Laura H. Penn, Esq.
> PENN LAW, LLC
> 4200 Northside Parkway, NW
> Building One, Suite 100
> Atlanta, Georgia 30327

I certify that the foregoing document has been prepared with Times New Roman 14-Point Font, as approved in LR 5.1C

   This the 6th day of August, 2019.

                **HAWKINS PARNELL**
                  **& YOUNG** <sup>LLP</sup>

                */s/ Willie C. Ellis Jr.*
                _____

| | |
|---|---|
| 303 Peachtree Street, NE | Michael J. Goldman |
| Suite 4000 | Georgia Bar No. 300100 |
| Telephone: (404) 614-7400 | Willie C. Ellis Jr. |
| Telecopier: (404) 614-7500 | Georgia Bar No. 246116 |
| mgoldman@hpylaw.com | |
| wellis@hpylaw.com | *Counsel for Amazon.com, Inc.* |

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IRVIN R. LOVE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AMAZON.COM, INC., SHENZHEN ) | |
| FEST TECHNOLOGY CO., LTD., ) | |
| SHENZHEN MATRIX BATTERY CO., ) | **Civil Action No. 1:18-CV-00540-** |
| LTD., SHENZHEN RICHEST ENERGY ) | **TWT** |
| CO., LTD., SHENZHEN HANDPACK ) | |
| TECHNOLOGIES CO., LTD., ) | |
| SHENZHEN BOJULONG DISPLAY ) | |
| TECHNOLOGY CO., LTD., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the within and foregoing **DEFENDANT'S NOTICE OF INTENT TO SERVE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES** was filed this day with the Clerk of Court using the CM/ECF system which will send notification to all parties of record. I further certify that the foregoing document has been prepared with Times New Roman 14-Point Font, as approved in LR 5.1C.

This the 6th day of August, 2019.

                                          **HAWKINS PARNELL & YOUNG** LLP

                                          */s/ Willie C. Ellis, Jr.*

| | |
|---|---|
| 303 Peachtree Street, NE<br>Suite 4000<br>Telephone: (404) 614-7400<br>Telecopier: (404) 614-7500<br>wellis@hpylaw.com | Willie C. Ellis Jr.<br>Georgia Bar No. 246116<br><br>*Counsel for Amazon.com, Inc.* |

5

12693992v.1