UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IRVIN R. LOVE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| AMAZON.COM, INC., SHENZHEN FEST TECHNOLOGY CO., LTD., SHENZHEN MATRIX BATTERY CO., LTD, SHENZHEN RICHEST ENERGY CO., LTD, SHENZHEN HANDPACK TECHNOLOGY CO, LTD, SHENZHEN BOJULONG DISPLAY TECHNOLOGY CO., LTD | ) ) ) ) ) ) ) ) ) **CIVIL ACTION NO.: 1:18-cv-00540-TWT** |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that James I. Seifter of Penn Law LLC hereby enters this notice of appearance as counsel on behalf of Plaintiff, IRVIN R. LOVE, JR. The undersigned counsel should receive all future notices in this matter.

This 3rd day of September, 2020.

Respectfully Submitted,

**PENN LAW LLC**

BY:   /s/ James I. Seifter
         DARREN W. PENN

1

2

                                          Georgia Bar No. 571322
                                          darren@pennlawgroup.com
                                          James I. Seifter
                                          Georgia Bar No. 636584
                                          jim@pennlawgroup.com

4200 Northside Parkway, NW
Building One, Suite 100
Atlanta, GA 30327
(404) 961-7655 Telephone/Fax            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on September 3, 2020, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Willie C. Ellis Jr., Esq.
303 Peachtree Street, NE
Suite 4000
Atlanta, GA 30308
Tel: (404) 614-7400
Fax: (404) 614-7500
wellis@hptylaw.com

*Counsel for Defendant, Amazon.com, Inc.*

Respectfully Submitted,

**PENN LAW LLC**

BY:   /s/ James I. Seifter
      DARREN W. PENN
      Georgia Bar No. 571322
      darren@pennlawgroup.com
      James I. Seifter
      Georgia Bar No. 636584
      jim@pennlawgroup.com

4200 Northside Parkway, NW
Building One, Suite 100
Atlanta, GA 30327
(404) 961-7655 Telephone/Fax          *Counsel for Plaintiff*